1   Jason E. Baker, Esq. (SBN: 197666)
    Brent Jex, Esq. (SBN: 235261)
2   **KEEGAN & BAKER, LLP**
    6255 Lusk Blvd., Suite 140
3   San Diego, CA 92121
    Telephone: (858) 558-9400
4   Facsimile:  (858) 558-9401

5   Attorneys for AMER SAFADI, individually
    and on behalf of all others similarly situated
6   and on behalf of the general public

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  AMER SAFADI,  individually, and on behalf   | CASE NO.  CV12-01356
    of all others similarly situated, and on behalf of
12  the general public,

13                        Plaintiff,             **NOTICE OF PROGRESS AND REQUEST
                                                 FOR CONTINUANCE OF CMC AND ADR
14  v.                                           DEADLINES**

15  CITIBANK N.A.,

16

17                        Defendant.

18          Plaintiff AMER SAFADI hereby notifies the Court that Defendant Citibank, N.A., was, at

19
    Citibanks' request, served with the First Amended Complaint by Waiver of Service of the
20
    Summons (F.R.C.P. 4) on June 4, 2012.  As a result, Citibank's response is due August 3, 2012.
21
            Plaintiff respectfully requests that the following deadlines be continued until after August
22
23  3, 2012, to allow Citibank to appear in this action:

24          1.  June 26, 2012 -  meet and confer re initial disclosures, early settlement, ADR
25              process selection and discovery plan.

26          2.  June 26, 2012 – last day to file ADR Certification signed by parties and counsel.

27          3.  July 26, 2012 - Last day to file Rule 26(f) Report and CMC Statement (per
28              standing order re contents of joint CMC statement).

                                              1

1        4.  July 17, 2012 – Initial CMC.

2                            **KEEGAN & BAKER, LLP**

3    Dated:  June 26, 2012          By:    /s/ Jason Baker, Esq.

4                                     Jason E. Baker, Esq.
                                      Attorneys for Attorneys for AMER SAFADI,

5                                     individually and on behalf of all others
                                      similarly situated

6

7    **IT IS SO ORDERED.**

8        The foregoing dates are continued as follows:

9            Last day to meet and confer re initial disclosures, early settlement, ADR process
10           selection and discovery plan: Cwi wuv'36, 2012;

11           Last day to file ADR Certification signed by parties and counsel: Cwi wuv'36.
             2012;
12

13           Last day to file either Stipulation to ADR Process or notice of need for
             ADR phone conference: Cwi wuv'36, 2012;

14           Last day to file Rule 26(f) Report and CMC Statement (per standing order re
15           contents of joint CMC statement) Cwi wuv'36, 2012;

16           Initial CMC on Ugrvgodgt'6, 2012 at 4<22'p.m.

17

18   Dated:         Lwn{'34.'4234

19                                    OCI KUVICVG'JUDGE OF THE DISTRICT COURT

20

21

22

23

24

25

26

27

28