| | |
|---|---|
| 1 | Jason E. Baker, Esq. (SBN: 197666) |
|   | Brent Jex, Esq. (SBN: 235261) |
| 2 | **KEEGAN & BAKER, LLP** |
|   | 6255 Lusk Blvd., Suite 140 |
| 3 | San Diego, CA 92121 |
|   | Telephone: (858) 558-9400 |
| 4 | Facsimile:  (858) 558-9401 |
| 5 | Patrick N. Keegan, Esq. (SBN: 167698) |
|   | **KEEGAN & BAKER, LLP** |
| 6 | 6870 Embarcadero Lane |
|   | Carlsbad, CA  92011 |
| 7 | Telephone: (760) 929-9303 |
|   | Facsimile: (760) 929-9260 |
| 8 | |
|   | Attorneys for AMER SAFADI, individually |
| 9 | and on behalf of all others similarly situated |
|   | and on behalf of the general public |

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AMER SAFADI, individually, and on behalf of all others similarly situated, and on behalf of the general public,<br><br>            Plaintiff,<br>v.<br><br>CITIBANK N.A.,<br><br>            Defendant. | CASE NO.  CV12-01356<br><br>[Assigned to Hon. Paul Singh Grewal]<br><br>**REQUEST FOR DISMISSAL**<br><br><br>Complaint Filed: March 16, 2012<br>Trial Date:        Not Set |

    Plaintiff Amer Safadi hereby dismisses the above referenced action with prejudice.  Each side will bear their own costs.

**KEEGAN & BAKER, LLP**

Dated: October 1, 2013            By:    /s/ Jason E. Baker
                                          Jason E. Baker, Esq.
                                          Brent Jex, Esq.

                                          Attorneys for Attorneys for AMER SAFADI individually and on behalf of all others similarly situated and on behalf of the general public

## **CERTIFICATION**

I hereby certify that on October 2, 2013, a copy of the **REQUEST FOR DISMISSAL** was filed electronically and served via mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:     /s/ Jason E. Baker